```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 36926
    RENEE WONSEY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-5303

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 10/05/2004 and was confirmed 01/19/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was paid in full 04/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
NCM TRUST                  UNSECURED          1046.12           .00           104.61
CITY OF CHICAGO PARKING    UNSECURED          3380.00           .00           338.00
SOUTH SHORE RADIOLOGY      UNSECURED         NOT FILED          .00              .00
ECMC                       UNSECURED         15013.56           .00          1501.36
SOUTH SHORE HOSPITAL       UNSECURED         NOT FILED          .00              .00
FRIEDELL CLINIC SC         UNSECURED         NOT FILED          .00              .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        1,905.20                       1,905.20
TOM VAUGHN                 TRUSTEE                                             237.17
DEBTOR REFUND              REFUND                                              114.78

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   4,201.12

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                          1,943.97
ADMINISTRATIVE                                     1,905.20
TRUSTEE COMPENSATION                                 237.17
DEBTOR REFUND                                        114.78
                         --------------         --------------
TOTALS                    4,201.12                 4,201.12
```

           PAGE   1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 36926 RENEE WONSEY

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 07/29/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |